IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01415-PAB-MJW

COMMONWEALTH PROPERTY ADVOCATES, LLC,

Plaintiff(s),

v.

U. S. BANK NATIONAL ASSOCIATION, as trustee, successor-in-interest to Bank of America, National Association as trustee, successor by merger to LaSalle Bank National Association, as trustee for Morgan Stanley Mortgage Loan Trust 2007-7AX, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
NEW CENTURY MORTGAGE CORPORATION,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Settlement Conference [Docket No. **49**, Filed November 23, 2010] is GRANTED.

It is further ORDERED that the Settlement Conference set November 29, 2010 at 10:00 a.m. is VACATED and RESET to **JANUARY 24, 2011 at 1:30 p.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe via e-mail, as a PDF attachment, at chamber's e-mail Watanabe_Chambers@cod.uscourts.gov  on or before   JANUARY 19, 2011.    All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved, with full settlement authority shall be present **in person** at the settlement conference.

Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement may result in denial of entry to the courthouse.

Date:   November 24, 2010