IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-CV-1415-PAB-MJW

COMMONWEALTH PROPERTY
ADVOCATES, LLC

        Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, SUCCESSOR-IN-INTEREST
TO BANK OF AMERICA, NATIONAL
ASSOCIATION AS TRUSTEE, SUCCESSOR
BY MERGER TO LASALLE BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR MORGAN
STANLEY MORTGAGE LOAN TRUST 2007-
7AX, MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AND NEW CENTURY
MORTGAGE CORPORATION.

        Defendants.

---

**ORDER** (Docket No. 53)

---

THIS COURT, having reviewed the Unopposed Motion to Vacate Settlement Conference filed by Defendants U.S. Bank National Association and Mortgage Electronic Registration Systems, Inc., and being fully apprised in this matter hereby ORDERS: The motion is granted. The settlement conference set for January 24, 2011 at 1:30 pm is hereby vacated.

SO ORDERED this 19th day of January, 2011.

BY THE COURT

/s/ Michael J. Watanabe
United States District Court Judge/Magistrate

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**