IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01415-WJM-MJW

COMMONWEALTH PROPERTY ADVOCATES, LLC,

     Plaintiff,

v.

U. S. BANK NATIONAL ASSOCIATION, as trustee, successor-in-interest to Bank of
America, National Association as trustee, successor by merger to LaSalle Bank
National Association, as trustee for Morgan Stanley Mortgage Loan Trust 2007-7AX,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and
NEW CENTURY MORTGAGE CORPORATION,

     Defendants.

_____

FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), the Order (ECF No. 92)

entered by Judge William J. Martinez on November 25, 2011, and the Order Granting

Defendants' Motion to Dismiss, Denying Plaintiff's Motion for Default Judgment,

Denying as Moot Defendants' Motion for Summary Judgment, and Vacating All

Remaining Settings (ECF No. 89) entered by Judge Martinez on November 4, 2011,

incorporated herein by reference, it is

ORDERED:

1.     Defendants'[1] Amended Motion to Dismiss (ECF No. 29) is GRANTED;

---

[1]It is noted that default has been entered against New Century Mortgage. (ECF No. 28.)
Accordingly, the reference to "Defendants" does not include New Century Mortgage.  It is also
noted that because the court's Order of November 4, 2011 denied plaintiff's Motion for Default
Judgment against New Century Mortgage (see No. 3 below) on the grounds that the court must
give full faith and credit to the decision of the state court about the rights and interests of the
parties, Defendant New Century Mortgage is dismissed as a party in this case.

2. Defendants' Motion for Summary Judgment (ECF No. 60) is DENIED as moot;

3. Plaintiff's Motion for Default Judgment (ECF No. 43) is DENIED;

4. Judgment is entered in favor of Defendants U. S. Bank National Association and Mortgage Electronic Registration Systems, Inc., and against Plaintiff Commonwealth Property Advocates, LLC;

5. Defendants' Motion for Sanctions (ECF No. 61) is DENIED;

6. Defendants' Motion for Attorneys' Fees (ECF No. 90) is DENIED; and

7. Defendants U. S. Bank National Association and Mortgage Electronic Registration Systems, Inc. shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within 14 days of the entry of judgment.

Dated at Denver, Colorado, this 29th day of November, 2011.

FOR THE COURT:

Gregory C. Langham, Clerk


By:     s/ Edward P. Butler, Deputy Clerk
          Edward P. Butler, Deputy Clerk

APPROVED:

_____
William J. Martinez, Judge